JAMES W. MILNER AND WIFE *v.* JAMES HATFIELD, ET AL.

**Bond for Costs—Non-resident Plaintiffs.**

Non-residents who are plaintiffs are required to give bond for costs, but where there are two persons who are plaintiffs, one a non-resident and one a resident, no bond can be required from the non-resident.

APPEAL FROM McLEAN CIRCUIT COURT.

November 13, 1875.

OPINION BY JUDGE PETERS:

There were two plaintiffs to the action, and but one of them a non-resident, according to the facts stated in the affidavit filed. The language of the statute is when a non-resident or any corporation shall institute an action in any court, whether suing in his own right, or as the representative of another, he shall, before the com-

mencement thereof, give bond, evidently meaning that when the non-resident is the only plaintiff in the action, he shall give bond with surety resident in this case, etc. But when there are two plaintiffs, and one of them is a resident of the state, neither the letter nor spirit of the statute requires a bond for cost to be executed. And perceiving no error in the judgment the same is *affirmed.*

*J. C. Jonson, for appellants. Owen & Ellis, for appellees.*